Nov. Term,
1836.

ROGERS
v.
WORTH.

*Saturday,*
*December 24.*

---

## ROGERS *v.* WORTH.

If the plea to an action on a writing obligatory be that the obligation was obtained by fraud, the *onus probandi* lies on the defendant.

*Saturday,*
*December 24.*

ERROR to the *Fayette* Circuit Court.

M'KINNEY, J.—Debt against the obligor on an assigned writing obligatory. To a plea of fraud, covin, and deceit, practised by the payee of the note on the sale of a washing-machine, in fraudulently representing himself to be the inventor and patentee of the same, &c., there was a general replication. The

cause was submitted to the Court without the intervention of a jury, and judgment rendered for the plaintiff.

From a bill of exceptions, it appears that no other evidence was offered but the writing obligatory. It is contended, that this was not sufficient to warrant a judgment in favour of the plaintiff below; but that he should by proof have repelled the charge of fraud.' This question was recently before us in *Towsey* v. *Shook*, 3 Blackf. 267, and there settled that the proof in support of the charge devolved upon the defendant; the plea being affirmative, and there being nothing in its character to take it out of the rule requiring affirmative pleas to be proved.

*Per Curiam.*—The judgment is affirmed with costs. To be certified, &c.

*C. B. Smith*, for the plaintiff.
*S. Bigger* and *J. Perry*, for the defendant.